**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: ] | CASE NO. 20-09338 |
| ] | CHAPTER 13 |
| Yulimar Ibarra aka Yulimar Cumba; ] | JUDGE David D. Cleary |
| ] | |
| Debtor(s). ] | |

**NOTICE OF DEFAULT UNDER ORDER**

We represent Nationstar Mortgage, LLC d/b/a/ Mr. Cooper in the case cited above. On December 21, 2020, Bankruptcy Judge David D. Cleary signed the attached Agreed Order Conditioning the Automatic Stay and Co-Debtor Stay which was entered December 22, 2022 as docket entry #39.

PLEASE TAKE NOTICE that our client's records show that the above debtor(s) has/have not complied with the terms in paragraph No 2 of the attached Order. The default is now $12,629.35. This amount includes the post-petition payments from 4/1/2022 – 7/1/2022 of $3,146.64 each and $50.00 service fee, minus a suspense balance of $7.21.

Unless Nationstar Mortgage, LLC d/b/a/ Mr. Cooper receives the amount of $12,629.35 by July 29, 2022, or within 14 days from the date this notice, the automatic stay and co-debtor stay shall terminate as to the real estate commonly known as 4820 W. George St., Chicago, IL 60641. Acceptance of partial payments will not constitute a waiver of Nationstar Mortgage, LLC d/b/a/ Mr. Cooper's rights to pursue the default in the event the partial payments are not enough to cure the entire default.

**CERTIFICATE OF SERVICE**

I hereby certify that on July 15, 2022, a true and correct copy of the foregoing "NOTICE OF DEFAULT UNDER ORDER" was served:

Via the Court's ECF system on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

    Magdalena Aguilar, Debtor's Counsel

And by regular US Mail, postage pre-paid on:

    Yulimar Ibarra, 4820 West George St., Apartment Two, Chicago, IL 60641
    Fernando J Inojosa, 4820 West George St., Chicago, IL 60641


                                                      /s/ Tina Kehoe

Diaz Anselmo & Associates LLC
1771 W. Diehl Rd., Ste. 120
Naperville, IL 60563-4947
630-453-6960 | 866-402-8661 | 630-428-4620 (fax)
ILbankruptcy@dallegal.com
Firm File Number: B22070009

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re:<br>Yulimar Ibarra<br>aka Yulimar Cumba;<br><br><br><br>Debtor(s) | BK No.: 20-09338<br><br>Chapter: 13<br>Honorable David D. Cleary |

**AGREED ORDER CONDITIONING THE AUTOMATIC STAY AND CO-DEBTOR STAY**

On the motion of Lakeview Loan Servicing, LLC, secured creditor herein, for the entry of an order modifying the automatic stay and co-debtor stay to permit it to foreclose its mortgage on the real estate:

IT IS HEREBY ORDERED that the automatic stay and co-debtor stay in this case, as it applies to the interest of Lakeview Loan Servicing, LLC, its successors and/or assignees in the real property, commonly known as 4820 W. George St, Chicago, IL 60641, shall continue in effect under the following conditions:

1. The debtor(s) shall make the following stipulation payments timely and directly to Lakeview Loan Servicing, LLC. These payments include the post-petition attorney fees/costs in the amount of $1,031.00, minus a suspense balance of $22.08, for a total post-petition default amount of $1,008.92. If any of the following payments are not received by its due date or are returned NSF, Creditor shall send a 14-day written notice of default to the debtor(s), co-debtor, and to the attorney for debtor(s) during which period the debtor(s) may cure the default. If debtor(s) fails to cure the default within 14 days of the notice, Creditor shall file a notice terminating the stay and co-debtor stay with the Clerk of the Bankruptcy Court and the stay shall be automatically modified to permit foreclosure, without further order of the Court.
a) $168.15 due on or before the end of the month plus the 01/01/2021 regular payment
b) $168.15 due on or before the end of the month plus the 02/01/2021 regular payment.
c) $168.15 due on or before the end of the month plus the 03/01/2021 regular payment.
d) $168.15 due on or before the end of the month plus the 04/01/2021 regular payment.
e) $168.15 due on or before the end of the month plus the 05/01/2021 regular payment.
f) $168.17 due on or before the end of the month plus the 06/01/2021 regular payment.

2. The debtor(s) shall thereafter continue making timely post-petition mortgage payments as per the terms of the security agreements.

3. If debtor(s) fall(s) two (2) months in default on any payment, as referred to in paragraphs 1 and 2, the automatic stay and co-debtor stay may be modified to permit foreclosure, without further order of the Court, upon 14 days written notice to the debtor(s), co-debtor, and to the attorney for debtor(s), during which period the debtor(s) may cure the default. Upon failure to cure default, the Automatic Stay and co-debtor stay shall terminate as to the Movant upon the Movant filing a Notice of Termination of Stay. However, in the event Debtor becomes delinquent after (2) notices of default, then upon the third default the automatic stay and co-debtor stay shall terminate as to the Movant upon the Movant filing its

Notice of Termination of Stay and mailing a copy of the Notice to the Debtor, Co-debtor, and Debtor's attorney. Movant shall then be allowed to take any and all steps necessary to exercise any and all rights it may have in the property commonly known as 4820 W. George St, Chicago, IL 60641.

4. In the event of a default, the Debtor(s) shall tender the required funds along with a $50.00 service fee, payable to Lakeview Loan Servicing, LLC, to the offices of Diaz Anselmo Lindberg LLC at the address below. The payment must be made in the form of a certified check, money order, or cashier's check. The $50.00 service fee will be collectible against the Debtor(s), payable to either Creditor or its counsel pursuant to the terms of the notice regarding the default. For purposes of determining when the stay is modified, the stay shall be considered modified upon the expiration of the cure term when the Debtor(s) fail to cure.

/s/ Nisha B. Parikh  /s/ Magdalena Aguilar
Attorney for Creditor  Attorney for Debtor

Enter:

Honorable David D. Cleary
United States Bankruptcy Judge

Dated: December 21, 2020

**Prepared by:**

Diaz Anselmo Lindberg, LLC
1771 West Diehl Road, Suite 120
Naperville, IL 60563
(630) 453-6960 | (866) 402-8661 | (630) 428-4620 (fax)
ILBankruptcy@dallegal.com
Firm File Number: B20040025
This law firm is deemed to be a debt collector.